Charlotta Rankin, Appellee, v. Eugene L. Race, Surviving Partner of A. P. Rankin and Company, Appellant.

Gen. No. 42,273.

opinion filed March 10, 1943. Frank Hall Stephens, for appellant; Robert F. Kolb, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."

Bismarck Hotel Company, Appellee, v. John F. Tyrrell et al., Defendants. John F. Higgins and Myer H. Gladstone, Appellants.

Gen. No. 42,274.

opinion filed March 22, 1943; rehearing denied April 5, 1943. Myer H. Gladstone and John F. Higgins, *pro se;* Victor C. Winnen, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."